UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMIR HASSAN EL,

        Plaintiff,

v.

HUGH STEWART, et al.,

        Defendants.

Case No. C19-6012 RJB

ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation (Dkt. 2);

(2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED. Plaintiff is directed to pay the $400.00 filing fee within thirty (30) days of this Order; and

(3)    The Clerk is directed to send copies of this Order to plaintiff.

Dated this 20th day of November, 2019.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER DENYING PLAINTIFF'S APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1